RECEIVED
IN MONROE, LA

FEB 0 5 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 06-30032-02** |
| **VERSUS** | * | **JUDGE JAMES** |
| **SAN JUANITA HERNANDEZ** | * | **MAGISTRATE JUDGE HAYES** |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge, having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, San Juanita Hernandez, and adjudges her guilty of the offense charged in Count One of the indictment against her.

THUS DONE AND SIGNED this ___5___ day of ___February___, 2007, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION